# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GEORGE WRIGHT

NO. 2023 KW 0211

**APRIL 12, 2023**

---

In Re:   George Wright, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 08-14-0118.

---

**BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

   **WRIT DENIED AS MOOT.**   The record of the East Baton Rouge
Parish Office of the Clerk of Court shows that on March 2, 2023,
the district court denied relator's "Motion To Declare LA. C.
CR. P., ARTS. 383, 435 AND 444(B) UNCONSTITUTIONAL AS APPLIED TO
GEORGE WRIGHT CASE AND CONTRADICTORY HEARING DEMAND."

**PMc**
**GH**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

*q.s๑*

DEPUTY CLERK OF COURT
FOR THE COURT